UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

PHYLLIS MARIE HART,                )
                                    )
                Plaintiff,          )
                                    )       **JUDGMENT IN A CIVIL CASE**
        v.                          )
                                    )       **CASE NO. 5:18-CV-208-D**
NANCY A. BERRYHILL, Acting Commissioner )
of Social Security,                 )
                Defendant.          )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 36]. In sum, plaintiff's motion for judgment on the pleadings [D.E. 31] is DENIED, defendant's motion for judgment on the pleadings [D.E. 33] is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED.

**This Judgment Filed and Entered on April 18, 2019, and Copies To:**
Scott A. Scurfield                          (via CM/ECF electronic notification)
Wanda D. Mason                              (via CM/ECF electronic notification)


DATE:                               PETER A. MOORE, JR., CLERK
April 18, 2019                      (By) /s/ Nicole Sellers
                                    Deputy Clerk